UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Craig Johnson,

        Plaintiff,

vs.                                              ORDER

Mille Lacs Health Systems,
et al.,

        Defendant.                  Crim. No. 15-4034(SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.    Plaintiff Craig Johnson's application for leave to proceed *in forma pauperis* (Docket No. 2) is DENIED.

2.    Johnson's Complaint, (Docket No. 1), is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B).

3.    Judgment is entered accordingly.

                                                        BY THE COURT:

DATED:  December 23, 2015                  s/Susan Richard Nelson
                                                          SUSAN RICHARD NELSON
                                                          United States District Judge